IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CHRISTOPHER V.[1],

        Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

        Defendant.

No. 3:17-cv-01503-HZ

JUDGMENT

HERNANDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings.

Dated this 2 day of January, 2018

/s/ Marco A. Hernandez
Marco A. Hernandez
United States District Judge

---

[1] In the interest of privacy, this Judgment uses only the first name and the initial of the last name of the Plaintiff.

1 - JUDGMENT